**Motion for Rehearing Granted, Memorandum Opinion filed July 9, 2013, Withdrawn, Appeal Reinstated, and Order filed August 15, 2013**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-13-00089-CV

————————

### WALTER DAVIDSON AND WILLIAM MURRY, INDIVIDUALLY AND D/B/A ALL WORXS AND AMTEL COMMUNICATIONS, Appellants

### V.

### TEL WEST NETWORK SERVICES CORPORATION, Appellee

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-61790**

## ORDER

On July 9, 2013, this Court issued an opinion dismissing this appeal. On July 24, 2013, appellant filed a motion for rehearing. The motion is granted.

This Court's opinion filed July 9, 2013, is withdrawn, and our judgment of that date is vacated.  The appeal is ordered reinstated.


PER CURIAM